KOHN, SWIFT, & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, Pennsylvania 19107
Telephone:      (215) 238-1700
Facsimile:      (215) 238-1968
Robert A. Swift (admitted pro hac vice)
Robert J. LaRocca (admitted pro hac vice)

STEVENS & LEE, P.C.
485 Madison Avenue
New York, New York 10022
Telephone:      (212) 319-8500
Facsimile:      (212) 319-8505
Alec P. Ostrow (AO 3104)

Attorneys for Mike's Train House, Inc.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| LIONEL L.L.C., et al., | : | Case No. 04-17324 (BRL) |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

## NOTICE OF APPEAL


    Mike's Train House, Inc. ("MTH") appeals under 28 U.S.C. § 158(a), to the United

States District Court for the Southern District of New York from the *Amended Memorandum*

*Decision Regarding Claims Objections, Estimation Procedures, Stay Modification and Extension*

*of Exclusivity* by the Honorable Judge Burton R. Lifland, United States Bankruptcy Court for the

Southern District of New York, dated and docketed August 3, 2007 (Docket No. 659) (the

SL1 742531v1/035063.00007

2

"Opinion"), evidenced by a copy of the Opinion annexed hereto as Exhibit A, to the extent the

Opinion:

(i)     denies MTH's motion to modify the automatic stay;

(ii)    grants Lionel's motion for a fifth extension of the exclusive periods during which only Lionel may file a plan of reorganization and solicit acceptances thereof through October 16, 2007 and December 17, 2007; and

(iii)   grants the motion of Lionel L.L.C and Liontech Company ("Lionel" or the "Debtors") to estimate (the "Estimation Motion") proof of claim number 55 (the "Trade Secrets Damages Claim") and expunge proof of claim numbers 54 (the "Interest Claim") and 56 (the "Legal Fees Claim") filed by MTH.

The names of all parties to the order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

**<u>APPELLANT</u>**

MIKE'S TRAIN HOUSE, INC.

represented by:

KOHN, SWIFT, & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, Pennsylvania 19107
Telephone:     (215) 238-1700
Facsimile:     (215) 238-1968
Robert A. Swift (admitted pro hac vice)
Robert J. LaRocca (admitted pro hac vice)

STEVENS & LEE, P.C.
485 Madison Avenue
New York, New York 10022
Telephone:     (212) 319-8500
Facsimile:     (212) 319-8505
Alec P. Ostrow (AO 3104)

SL1 742531v1/035063.00007

| **APPELLEE** | **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LIONEL L.L.C.** |
|---|---|
| LIONEL L.L.C. | |
| represented by: | represented by: |
| SCHULTE ROTH & ZABEL LLP | HALPERIN BATTAGLIA RAICHT, LLP |
| 919 Third Avenue | 555 Madison Avenue, 9th Floor |
| New York, New York 10022 | New York, New York 10022 |
| Telephone:    (212) 756-2000 | Telephone:    (212) 765-9100 |
| Facsimile:    (212) 593-5933 | Facsimile:    (212) 765-0964 |
| Adam C. Harris (AH 4641) | Alan D. Halperin (AH 8432) |
| Abbey Walsh (AW 8677) | Robert D. Raicht (RR 2370) |
| Adam L. Hirsch (AH 3594) | Carrie E. Mitchell (CM 9137) |

Dated: August 13, 2007

Robert A. Swift (admitted pro hac vice)
Robert J. LaRocca (admitted pro hac vice)
KOHN, SWIFT, & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, Pennsylvania 19107
Telephone:  (215) 238-1700
Facsimile:  (215) 238-1968

*/s/ Jocelyn Keynes*
Alec P. Ostrow  (AO 3104)
Jocelyn Keynes (JK 7728)
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 319-8500
Facsimile:  (212) 319-8505

Attorneys for Plaintiff
**MIKE'S TRAIN HOUSE, INC**.

3

SL1 742531v1/035063.00007