UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| LIONEL L.L.C., et al., | : | Case No. 04-17324 (BRL) |
|  |  | (Jointly Administered) |
| Debtors. | : |  |

-------------------------------------------------------- x

|  |  |  |
|---|---|---|
| MIKE'S TRAIN HOUSE, INC., | : | 07 Civ. 7946 (RMB) |
|  |  | (Bankruptcy Appeal) |
| Appellant, | : |  |
| -against- | : |  |
| LIONEL L.L.C. and LIONTECH COMPANY, Debtors and Debtors in Possession, and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LIONEL L.L.C., | : : : | |
| Appellees. | : |  |

--------------------------------------------------------x

## APPENDIX TO BRIEF FOR APPELLANT
## MIKE'S TRAIN HOUSE, INC.

Robert A. Swift[*]
Robert J. LaRocca[*]
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Telephone    (215) 238-1700
Facsimile    (215) 238-1968

Alec P. Ostrow (AO-3104)
STEVENS & LEE, P.C.
485 Madison Avenue
New York, New York 10022
Telephone    (212) 319-8500
Facsimile    (212) 319-8505

Dated: September 20, 2007

* Motion for admission pro hac vice pending.

35855_1

# TABLE OF CONTENTS

| | | Appendix Page |
|---|---|---|
| 1. | Voluntary Petition Under Chapter 11, dated November 15, 2004, together with attachments thereto (docket no. 1) | A1 – A11 |
| 2. | Affidavit of Scott Turkington Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petitions, executed November 9, 2004 (filed November 15, 2004) (docket no. 3) | A12 – A38 |
| 3. | MTH Claim Form, May 6, 2005 | A38.1 – A38.6 |
| 4. | Transcript of Hearing of January 9, 2007 (docket no. 562) | A39 – A72 |
| 5. | Disclosure Statement with Respect to Joint Plan of Reorganization of Lionel L.L.C. and Liontech Company Under Chapter 11 of the United States Bankruptcy Code, dated May 21, 2007, together with exhibit A, thereto (docket no. 583) | A73 – A154 |
| 6. | Debtors' (I) Objection and Motion to Estimate Claim No. 55 (MTH Trade Secret Damages Claim) Pursuant to Sections 502(b) and 502(c) of the Bankruptcy Code and (II) Objection and Motion to Expunge Claim Nos. 54 and 56 (MTH Claims for Legal Fees and Interest on Judgment) Pursuant to Section 502(b) of the Bankruptcy Code, dated June 1, 2007 (docket no. 588) | A155 – A166 |
| 7. | Notice of Proposed Order Granting Debtors' (I) Objection and Motion to Estimate Claim No. 55 (MTH Trade Secret Damages Claim) Pursuant to Sections 502(b) and 502(c) of the Bankruptcy Code and (II) Objection and Motion to Expunge Claim Nos. 54 and 56 (MTH Claims for Legal Fees and Interest on Judgment) Pursuant to Section 502(b) of the Bankruptcy Code, dated June 8, 2007, together with exhibit A, thereto (docket no. 593) | A167 – A172 |
| 8. | Response in Opposition by Mike's Train House, Inc. to Debtors' Objection to and Motion for Estimation of Trade Secret and Related Claims, dated June 8, 2007, together with exhibits A through F, thereto (docket no. 594) | A173 – A182 |
| | Exhibit A    Debtor's Motion for Second Extension of Exclusivity 1/9/2006 | A183 – A197 |
| | Exhibit B    Debtor's Motion for Third Extension of Exclusivity 7/11/2006 | A198 – A216 |
| | Exhibit C    Debtor's Motion for Fourth Extension of Exclusivity 2/9/2007 | A217 – A237 |
| | Exhibit D    Debtor's Brief to Sixth Circuit, August, 2005 (relevant excerpts) | A238 – A245 |

**35855_1**

|  |  |  |
|---|---|---|
| Exhibit E | Debtor's Reply Brief to Sixth Circuit, August 2005 (relevant excerpts) | A246 – A248 |
| Exhibit F | Forum selection clause, Lionel and MTH, 11/8/95 | A249 – A252 |

9. (Cross-) Motion by Mike's Train House, Inc. for Relief from Automatic Stay to Permit Re-Trial of Trade Secrets Case in the United States District Court for the Eastern District of Michigan, dated June 8, 2007 (docket no. 595)[1]    A253 – A262

10. Memorandum of Law of Mike's Train House, Inc. ("MTH") in Opposition to Debtors' Objection to and Motion for Estimation of MTH's Trade Secrets Claims and in Support of MTH's (Cross-) Motion for Relief from Automatic Stay to Permit Re-Trial of Trade Secrets Case in the United States District Court for the Eastern District of Michigan, dated June 8, 2007 (docket no. 596)    A263 – A314

11. Motion to Shorten Time for Response to Cross-Motion by Mike's Train House, Inc. for Relief from Automatic Stay, or Alternatively, Motion to Reschedule Lionel's Objections to and Motion to Estimate Trade Secrets Claim so that Related Motions May Be Heard at the Same Time, dated June 8, 2007 (docket no. 597)    A315 – A321

12. Objection of Lionel L.L.C. to MTH's Motion to Shorten Time for Response to Cross-Motion for Relief from Automatic Stay or to Reschedule Hearing of Lionel's Objections to and Motion to Estimate Trade Secrets Claim, dated June 11, 2007, and exhibit A, thereto (docket no. 599)    A322 – A331

13. Order Directing that Hearing of Lionel's Objections to and Motion to Estimate Trade Secrets Claim of Mike's Train House, Inc. and Motion of Mike's Train House, Inc. for Relief from Automatic Stay Be Heard at Same Time, dated June 12, 2007 (docket no. 603)    A332 – A333

14. Joint Plan of Reorganization of Lionel L.L.C. and Liontech Company Under Chapter 11 of the United States Bankruptcy Code, dated May 21, 2007 (filed June 12, 2007) (docket no. 604)    A334 – A370

15. Objection of Mike's Train House, Inc. to Debtors' Proposed Order Setting Estimation Procedures, dated June 13, 2007 (docket no. 608)    A371 – A374

16. Letter to the Honorable Burton R. Lifland with accompanying Proposed Notice of Evidentiary Hearing Under Local Bankruptcy Rule 9014-2(a), dated June 13, 2007 (docket no. 609)    A375 – A376

---

[1] The exhibits to Nos. 7 and 8 are the same documents, albeit in different order. To prevent duplication in this appendix they have been included in No. 7 only.

35855_1

| | | |
|---|---|---|
| 17. | Notice of Evidentiary Hearing Under Local Bankruptcy Rule 9014-2(a), dated June 14, 2007 (docket no. 610) | A377 – A378 |
| 18. | Motion of Debtors and Debtors in Possession for Entry of a Bridge Order and Further Order Pursuant to Sections 105(a) and 1121(d) of the Bankruptcy Code Granting a Fifth Extension of the Exclusive Periods During Which Only the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof, dated June 15, 2007, and exhibits A and B, thereto (docket no. 615) | A379 – A401 |
| 19. | Bridge Order Extending the Exclusive Periods During which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof, dated June 18, 2007 (docket no. 627) | A402 – A405 |
| 20. | Objection of Mike's Train House, Inc. to Debtors' Motion for a Fifth Extension of the Exclusive Period During Which the Debtors May File a Plan of Reorganization, dated June 21, 2007 (docket no. 628) | A406 – A411 |
| 21. | Debtors' Objection to MTH's Cross-Motion for Relief from the Automatic Stay to Permit Re-Trial of Trade Secrets Case in the United States District Court for the Eastern District of Michigan, dated June 21, 2007 (docket no. 630) | A412 – A415 |
| 22. | Debtors' Memorandum of Law in Support of Motion to Estimate MTH's Trade Secrets Damages Claim and in Opposition to MTH's Motion for Relief from Automatic Stay, dated June 21, 2007 (docket no. 631) | A416 – A455 |
| 23. | Reply by Mike's Train House, Inc. in Support of Cross-Motion for Relief from Automatic Stay to Permit Re-Trial of Trade Secrets Case in the United States District Court for the Eastern District of Michigan, dated June 26, 2007, together with exhibits A through H, thereto (docket no. 632) | A456 – A519 |
| 24. | Reply Memorandum of Law by Mike's Train House, Inc. in Support of Cross-Motion for Relief from Automatic Stay to Permit Re-Trial of Trade Secrets Case in the United States District Court for the Eastern District of Michigan, dated June 26, 2007, together with exhibit A, thereto (docket no. 633) | A520 – A554 |
| 25. | Emergency Motion to Strike Reply Papers and Reply Memo of Law by MTH in Support of Cross-Motion for Relief from Automatic Stay, dated June 26, 2007 (docket no. 635) | A555 – A562 |
| 26. | Transcript of Hearing of June 27, 2007 (docket no. 649) | A563 – A628 |
| 27. | Objection of Mike's Train House, Inc. to Debtors' Emergency Motion to Strike Reply Papers in Support of (Cross-) Motion for Relief from Automatic Stay, dated July 3, 2007, and exhibits A through D, thereto (docket no. 641) | A629 – A674 |
| 28. | Transcript of Hearing of August 2, 2007 (docket no. 665) | A675 – A745 |

35855_1

5

| | | |
|---|---|---|
| 29. | MTH Exhibits 1 through 10 received in evidence at Hearing of August 2, 2007 (letter to clerk furnishing exhibits, together with exhibits, filed August 23, 2007) (docket no. 670) | A746 – A806 |
| 30. | Memorandum Decision Regarding Claims Objections, Estimation Procedures, Stay Modification and Extension of Exclusivity, dated August 3, 2007 (docket no. 658) | A807 – A820 |
| 31. | Amended Memorandum Decision Regarding Claims Objections, Estimation Procedures, Stay Modification and Extension of Exclusivity, dated August 3, 2007 (docket no. 659) | A821 – A834 |
| 32. | Notice of Appeal, dated August 13, 2007 (docket no. 661) | A835 – A837 |
| 33. | Amended Notice of Appeal, dated August 13, 2007 (docket no. 662) | A838 – A840 |

**35855_1**

THE APPENDIX, CONSISTING OF MORE THAN 840 PAGES, IS TOO VOLUMINOUS TO BE ELECTRONICALLY FILED.

ANY PARTY IN INTEREST WISHING TO OBTAIN A COPY IS REQUESTED TO CONTACT:

ROBERT J. LAROCCA
KOHN, SWIFT & GRAF, P.C.
One South Broad Street,
Suite 2100
Philadelphia, Pennsylvania 19107
Telephone   (215) 238-1700
Facsimile    (215) 238-1968

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| LIONEL L.L.C., et al., | : | Case No. 04-17324 (BRL) (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------- x

|  |  |  |
|---|---|---|
| MIKE'S TRAIN HOUSE, INC., | : | 07 Civ. 7946 (RMB) (Bankruptcy Appeal) |
| Appellant, | : | |
| -against- | : | |
| LIONEL L.L.C. and LIONTECH COMPANY, Debtors and Debtors in Possession, and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LIONEL L.L.C., | : : | |
| Appellees. | : | |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Robert J. LaRocca, certify that on the 20th day of September, 2007, I served a true and correct copy of the within Brief For Appellant Mike's Train House, Inc. and Appendix via federal express upon the below-listed individuals, addressed as follows:

36067_1

| | |
|---|---|
| SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Adam C. Harris<br>      Abbey Walsh<br>      Adam L. Hirsch<br>adam.harris@srz.com<br>abbey.walsh@srz.com<br>adam.hirsh@srz.com<br><br>*Attorneys for Lionel LLC and Liontech Company* | HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>Attn: Alan D. Halperin<br>      Robert D. Raicht<br>      Carrie E. Mitchell<br>ahalperin@halperinlaw.net<br>rraicht@halperinlaw.net<br>cmitchell@halperinlaw.net<br><br>*Attorneys for The Official Committee of Unsecured Creditors of Lionel L.L.C.* |

*/s/ Robert J. LaRocca*
Robert J. LaRocca