SCANNED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/07
```

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

In re
LIONEL L.L.C. et al,

       Debtors.

Chapter 11

Case No. 04-17324 (BRL)
(Jointly Administered)

-----------------------------------------------------X

MIKE'S TRAIN HOUSE, INC.,

       Appellant,

-against-

LIONEL L.L.C. and LIONTECH
COMPANY, Debtors and Debtors in Possession,
and OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
LIONEL L.L.C.

       Appellees.

-----------------------------------------------------X

07 Civ. 7946(RMB)
(Bankruptcy Appeal)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Alec P. Ostrow attorney for Appellant, Mike's Train House, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Robert J. LaRocca |
| Firm Name: | Kohn, Swift & Graf, P.C. |
| Address: | Suite 2100, One South Broad Street |
| City/State/Zip: | Philadelphia, PA 19107 |
| Phone Number: | 215 238-1700 |
| Fax Number: | 215 238-1968 |

is admitted to practice pro hac vice as counsel for Appellant, Mike's Train House, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 25, 2007
City, State: New York, New York

_RMB_
United States District Court Judge
Richard M. Berman

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPTS
SDNY Form Web 10/2006

SL1 752345v1/035063.00007