# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PENNSYLVANIA 19107-3304

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: RSWIFT@KOHNSWIFT.COM

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS °
DOUGLAS A. ABRAHAMS •
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
ELKAN M. KATZ
CHRISTINA D. SALER ■
HADLEY P. ROELTGEN •
ALLAN M. HOFFMAN •○
NEIL L. GLAZER ++

† ALSO ADMITTED IN NEW YORK
° ALSO ADMITTED IN NEVADA
• ALSO ADMITTED IN NEW JERSEY
○ ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
++ ONLY ADMITTED IN NEW YORK

HAROLD E. KOHN
1914-1999

SPECIAL COUNSEL
JOSEPH M. HOEFFEL

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

October 2, 2007

VIA FACSIMILE

**MEMORANDUM ENDORSED**

Honorable Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Mike's Train House, Inc. v. Lionel LLC, 07 Civ. 7946 (RMB)

Dear Judge Gorenstein:

Per my telephone conversation with your clerk this afternoon, I can confirm to you that, after speaking to opposing counsel, the parties and their principals are available to meet with you for a settlement conference on October 12, 2007 at 10 am. The parties have also invited Alan Halperin, legal counsel for the Creditors Committee in the Lionel Bankruptcy, to attend.

Respectfully yours,

Robert A. Swift

RAS:yr
Cc via e-mail: Adam Harris, Esquire

*Conference will be held October 12 at 10 am. The letters are now due on October 9.*

SO ORDERED:   DATE: 10/2/2007
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

36421_1